IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-88-FL
No. 7:12-CV-349-FL

| | |
|---|---|
| CHRISTOPHER ELLERBY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER TO FILE UNDER SEAL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

This matter coming before the court for consideration, it is hereby

ORDERED that the Respondent's Memorandum in Support of Motion to Dismiss [D.E. 186] filed under seal be allowed.

This 23rd day of February, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge